# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSE BRAVO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNION COUNTY, UNION COUNTY BOARD OF ELECTIONS, DENNIS KOBITZ,<br><br>　　　　　　Defendants. | Civ. No. 12-2848 (DRD)<br><br>**O R D E R** |

This matter having come before the Court on a Motion for Summary Judgment submitted by Defendants in their favor on Plaintiff's claims, and a Motion for Summary Judgment submitted by Plaintiff in her favor on her claims for interference under the FMLA, pursuant to Federal Rule of Civil Procedure 56(a); and the Court having considered the submissions and oral arguments of the parties; and for the reasons set forth in the Opinion of even date;

IT IS on this 23rd day of May, 2013, ORDERED that Defendants' Motion for Summary Judgment is GRANTED with respect to Plaintiff's claims under the NJLAD, in their entirety, and her claims under the FMLA, as they relate to her sinus surgery in 2011, but DENIED with respect to her other FMLA claims. Ms. Bravo's Motion for Summary Judgment is DENIED in its entirety. Ms. Bravo's claims under the NJLAD, in their entirety, and those under the FMLA, as they relate to her 2011 sinus surgery, are dismissed with prejudice.

  **/s/ Dickinson R. Debevoise**
DICKINSON R. DEBEVOISE, U.S.S.D.J.